## THE PEOPLE *v.* DÍAZ.

APPEAL from the District Court of Mayagüez.

No. 70.—Decided May 6, 1907.

FINE—SUBSIDIARY IMPRISONMENT FOR FAILURE TO PAY FINE.—Subsidiary impris-
onment imposed for failure of a defendant to pay a fine to which he has
been condemned by the district court, must not exceed one day for each dollar
so remaining unpaid.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE MACLEARY delivered the opinion of the court.

The appellant was prosecuted and convicted in the Dis-
trict Court of Mayagüez for the offense of carrying pro-
hibited weapons. The sentence bears date of the 23d of Janu-
ary, 1907. The punishment was a fine of $25. Appeal was
duly taken on the same day and bond fixed at $500.

The transcript was filed in this court on the 8th of March
and the cause was heard on the 2d of May without the pres-
ence of counsel for appellant.

There is not found in the record either a bill of exceptions
or a statement of facts; nor do we find any fundamental
errors in the record except that the alternative inprisonment
in case the fine is unpaid should be 25 days instead of 60
days as stated by the trial court. The statute in section 322
of the Code of Criminal Procedure prescribes that the im-
prisonment to be imposed by the district court in case a fine
is not paid must not exceed one day for every dollar of the
fine, which in this case is $25; hence the alternative impris-
onment should not exceed 25 days. This has been decided
by this court in the *habeas corpus* case presented by Guada-
lupe Andino on the 22d of May, 1905, to which reference is
made.

With this modification the judgment should be affirmed.

*Accordingly decided.*

Chief Justice Quiñones and Justices Hernández, Figueras and Wolf concurred.